AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| CHEFS DIET ACQUISITION CORP. ) <br> *Plaintiff* ) <br> v. ) <br> LEAN CHEFS, LLC, et. al. ) <br> *Defendant* ) | Case No. 14cv8467 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:   10/27/2014

*Attorney's signature*

Andrew M. Goldsmith AG-2486
*Printed name and bar number*

Pryor Cashman LLP
7 Times Square
New York, NY 10032

*Address*

agoldsmith@pryorcashman.com
*E-mail address*

(212) 421-4100
*Telephone number*

(212) 798-6925
*FAX number*