AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Chefs Diet Acquisition Corp. d/b/a Chefs Diet | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14-CV-8467 (JMF) |
| Lean Chefs, LLC, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lean Chefs, LLC, Nicholas Zazza and Arthur Gunning

Date:   10/28/2014

*/s/ Dariush Keyhani*
*Attorney's signature*

Dariush Keyhani (DK-9673)
*Printed name and bar number*

330 Madison Avenue, 6th Floor
New York, NY 10017
*Address*

dkeyhani@meredithkeyhani.com
*E-mail address*

(212) 380-1325
*Telephone number*

(212) 202-3819
*FAX number*