IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CHEFS DIET ACQUISITION CORP. d/b/a
CHEFS DIET,

       Plaintiff,                   CASE NO: 14-CV-8467 (JMF)

  v.

LEAN CHEFS, LLC, NICHOLAS ZAZZA and
ARTHUR GUNNING,

       Defendants.
_____/

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

     PLEASE TAKE NOTICE THAT, upon the annexed Rule 56.1 Statement, the Declaration of Frances H. Stephenson and Exhibits attached hereto, Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, and upon all of the papers and proceedings herein, Defendants Lean Chefs, LLC, Nicholas Zazza, and Arthur Gunning, by their attorneys Meredith & Keyhani, PLLC, respectfully move for an order (i) granting Defendants' motion for summary judgment on the Complaint of Plaintiff Chefs Diet Acquisition Corp. d/b/a Chefs Diet ("CDAC") in its entirety with prejudice pursuant to Rule 56 of the Federal Rules of Civil Procedure; and (ii) for such other and further relief as the Court may deem just and proper.

Dated: February 22, 2016

                                            Respectfully Submitted,

                                            MEREDITH & KEYHANI, PLLC

                                            By: */s/ Dariush Keyhani*___
                                                  DARIUSH KEYHANI
                                                  125 Park Ave, 25th Floor
                                                  New York, New York 10017
                                                  Direct Dial: (212) 380-1325

Facsimile: (212) 202-3819
dkeyhani@meredithkeyhani.com