**GOLENBOCK EISEMAN
ASSOR BELL & PESKOE** LLP

Attorneys at Law | 437 Madison Ave., New York, NY 10022-7020
T (212) 907-7300  |  F (212) 754-0330  |  www.golenbock.com

*Martin S. Siegel
Direct Dial No.: 212-907-7363
Direct Fax No.: 212-754-0777
Email Address: msiegel@golenbock.com*

November 18, 2016

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

    Re:    *Chefs Diet Acquisition Corp. v. Lean Chefs, LLC, et al.*, No. 14-CV-8467 (JMF)

Dear Judge Furman:

    We are counsel for plaintiffs in the above-captioned action and write this letter on behalf of all parties.

    We are pleased to report to the Court that the parties have reached an agreement in principal to settle this case. However, a Settlement Agreement still has to be prepared. Accordingly, all parties jointly request a stay of proceedings while we finalize the Settlement Agreement.

                                           Respectfully submitted,

                                           /s/ Martin S. Siegel
                                           Martin S. Siegel

cc:    Darius Keyhani, Esq. (via e-mail and ECF)
       Frances Stephenson, Esq. (via e-mail and ECF)

2689404.1